```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/26/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

M & M PACKAGING, INC.,

              Plaintiff,

-against-

VINCENT MINEO, JESSICA MINEO, KAREN MINEO, MICHAEL MINEO, NICHOLAS MINEO and JOHN DOES 1–25,

              Defendants.

1:24-cv-05739-MKV

**ORDER**

---

MARY KAY VYSKOCIL, United States District Judge:

On July 30, 2024, Plaintiff commenced this action by filing a Complaint. [ECF No. 1]. In the Civil Case Management Plan and Scheduling Order, parties were directed to inform the Court of the status, but not the substance of their settlement negotiations on or before November 22, 2024. On November 22, 2025, the parties notified the Court via email that they were struggling to file such a letter. No letter on settlement status has been filed on the docket.

Accordingly, the parties are HEREBY ORDERED to file a letter on the docket, informing the Court on the status, but not the substance of their settlement negotiations by November 29, 2024.

**Failure to comply with this Court's Orders and/or deadlines, Individual Rules of Practice, or Local Rules may result in sanctions, including monetary penalties, preclusion of information not provided, or preclusion and/or dismissal of claims or defenses.**

**SO ORDERED.**

**Date: November 26, 2024**
**New York, NY**

                                                 */s/ Mary Kay Vyskocil*
                                                 **MARY KAY VYSKOCIL**
                                                 United States District Judge