```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/7/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

M & M PACKAGING, INC.,

                Plaintiff,

-against-

VINCENT MINEO, JESSICA MINEO, KAREN MINEO, MICHAEL MINEO, NICHOLAS MINEO and JOHN DOES 1–25,

                Defendants.

1:24-cv-05739-MKV

**ORDER OF DISMISSAL**

---

MARY KAY VYSKOCIL, United States District Judge:

      The Court is in receipt of a letter filed by Plaintiff informing the Court that the parties have reached a settlement in principle. [ECF No. 58]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and as long as the application to restore the action is made by November 6, 2025. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

      IT IS FURTHER ORDERED that all pending deadlines and scheduled conferences—including the pre-trial conference scheduled for November 14, 2025, and the trial scheduled for December 1, and 2, 2025—are hereby adjourned *sine die*.

**SO ORDERED.**

Dated: October 7, 2025
       New York, New York

                                              _____
                                              MARY KAY VYSKOCIL
                                              United States District Judge